IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00790-ZLW

KENNETH LEWIS YORK,

    Plaintiff,

v.

JUANITA A. McCULLEY,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 27 2005

GREGORY C. LANGHAM
CLERK

## ORDER DENYING MOTION TO RECONSIDER

Plaintiff Kenneth Lewis York has filed **pro se** on June 16, 2005, a document that he describes as a motion to reconsider the Court's Order and Judgment of Dismissal filed in this action on June 9, 2005. The Court must construe the motion liberally because Mr. York is representing himself. **See Haines v. Kerner**, 404 U.S. 519, 520-21 (1972); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991). For the reasons stated below, the motion to reconsider will be denied.

A litigant subject to an adverse judgment, and who seeks reconsideration by the district court of that adverse judgment, may "file either a motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e) or a motion seeking relief from the judgment pursuant to Fed. R. Civ. P. 60(b)." **Van Skiver v. United States**, 952 F.2d 1241, 1243 (10th Cir. 1991). Mr. York filed the motion to reconsider within ten days after the Order and Judgment of Dismissal. Therefore, the Court will consider the motion pursuant to Rule 59(e). **See Van Skiver**, 952 F.2d at 1243.

The Court dismissed the instant action without prejudice for failure to cure the deficiencies because Mr. York failed to submit a certified copy of his inmate trust fund account statement in support of his motion to proceed *in forma pauperis* as required pursuant to 28 U.S.C. § 1915(a)(2).  Mr. York alleges in the motion to reconsider that he did submit a certified copy of his inmate trust fund account statement and that the Court must have made a mistake.  He also attaches to the motion to reconsider a certified copy of his inmate trust fund account statement.

The Court has examined its file and finds that Mr. York did not submit a certified copy of his inmate trust fund account statement within the time allowed.  His belated efforts to cure the deficiencies in this action by submitting a proper account statement do not justify a decision to vacate the order of dismissal in this action.  Therefore, the motion to reconsider will be denied.  However, because the Court dismissed the action without prejudice, Mr. York is advised that he may pursue his claims by filing a new action if he chooses.  Accordingly, it is

ORDERED that the motion to reconsider filed on June 16, 2005, is denied.

DATED at Denver, Colorado, this __24__ day of ____June____, 2005.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.  05-cv-00790-ZLW

Kenneth L. York
Reg. No. 09396-084
USP – Florence
P.O. Box 7000
Florence, CO 81226

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 6/27/05

GREGORY C. LANGHAM, CLERK

By: /s/ Andrea
Deputy Clerk